# Exhibit A

US00D706896S

(12) **United States Design Patent**  (10) Patent No.:   **US D706,896 S**
Bosco                                      (45) Date of Patent:  ** **Jun. 10, 2014**

(54) **FOREARM-GRIPPING STABILIZING ATTACHMENT**

(71) Applicant: **Alessandro Roberto Bosco**, St. Petersburg, FL (US)

(72) Inventor: **Alessandro Roberto Bosco**, St. Petersburg, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/444,172**

(22) Filed: **Jan. 28, 2013**

(51) **LOC (10) Cl.** ................................................ **22-01**

(52) **U.S. Cl.**
     USPC ........................................................ **D22/108**

(58) **Field of Classification Search**
     USPC ............. D22/100, 101, 103, 104, 108; 42/51, 42/90, 71.01, 71.02, 73, 75.01, 75.02; 89/40.06, 37.04, 33.04; D21/572–573
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,876,814 A | * | 10/1989 | Lombardo | ........................ 42/94 |
| 8,215,045 B2 | * | 7/2012 | Mitchell | ...................... 42/71.01 |
| 2007/0289191 A1 | * | 12/2007 | Cowan | ............................. 42/90 |
| 2009/0211140 A1 | * | 8/2009 | Rolfe | ............................ 42/71.01 |

* cited by examiner

*Primary Examiner* — Michael A Pratt
(74) *Attorney, Agent, or Firm* — Maxey Law Offices PLLC; Stephen Lewellyn

(57) **CLAIM**

The ornamental design for a forearm-gripping stabilizing attachment, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective the forearm-gripping stabilizing attachment;
FIG. **2** is a rear perspective view of the forearm-gripping stabilizing attachment;
FIG. **3** is a front elevation view of the forearm-gripping stabilizing attachment;
FIG. **4** is a rear elevation view of the forearm-gripping stabilizing attachment;
FIG. **5** is a side elevation view of the forearm-gripping stabilizing attachment, the opposite side being a mirror image;
FIG. **6** is a top plan view of the forearm-gripping stabilizing attachment; and,
FIG. **7** is a bottom plan view the forearm-gripping stabilizing. The broken lines in FIGS. **1** through **7** are environmental structure only and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3    FIG. 4

Case 8:15-cv-00935-JDW-MAP   Document 1-2   Filed 04/20/15   Page 6 of 11 PageID 20



FIG. 5



FIG. 6



FIG. 7

# Exhibit B



**Products** | **Contact Us** | **About Us** | **Free Tech Info**

## Products for AR-15 Firearms

The AR-15 is colloquially known as America's new musket—and for good reason. They are ubiquitous, affordable, reliable, and accurate. Shockwave offers products to enhance your use and enjoyment of your AR-15 firearms.

### Shockwave Blade Pistol Stabilizer, Black   $48.95



The ATF-approved, patent-pending Blade pistol stabilizer is made from high-strength glass-reinforced polymer and fits all pistols equipped with a standard AR-15 pistol buffer tube (up to 1.25" in diameter). The best pistol brace on the planet. Bar none. More information here.

Add To Cart

View Cart

### Shockwave Blade Pistol Stabilizer, FDE   $49.95



The ATF-approved, patent-pending Blade pistol stabilizer is made from high-strength glass-reinforced polymer and fits all pistols equipped with a standard AR-15 pistol buffer tube (up to 1.25" in diameter). The best pistol brace on the planet. Bar none. More information here.

Add To Cart

View Cart

4 comments

**Search shockwavetechnologies.com**

Search

**Navigation**

- Products
  - Products for AR-15 Firearms
    - Shockwave Blade Pistol Stabilizer, Black $48.95
    - Shockwave Blade Pistol Stabilizer, FDE $49.95
  - Products for SWD M-11/NINE Firearms
    - Shockwave Mighty Mount for M-11/NINE $34.95
    - Shockwave 30-Round ZMAG for M-11/NINE $32.95
    - 6-Pack of Shockwave 30-Round ZMAGs for M-11/NINE $177.70
    - 12-Pack of Shockwave 30-Round ZMAGs for M-11/NINE $345.40
    - Shockwave ZMAG for M-11 Magazine Repair Kit $32.95
  - Products for Mossberg 500 Firearms
    - Raptor Grip for Mossberg 500 Series $25.95
    - Tactical Forearm Strap Kit for Mossberg 500 Series $11.49
  - Products for Remington 870 Firearms
    - Raptor Grip for Remington 870 Series $25.95
    - Tactical Forearm Strap Kit for Remington 870 Series $11.49
  - Products for Ruger 10/22 Firearms
    - Old Skool Upper Handguard
    - Old Skool Upper Handguard w/o Sight Cutout $16.95
- Contact Us
- About Us


#### JOSEPH G LUHN
March 29, 2015 at 6:37 pm

Hello ,I am a class 7 FFL in Arizona and just discovered your website,Do you offer a FFL Dear/Business Owner discount on your products?

Thank You

Reply


**marty**
March 30, 2015 at 10:53 am

Hello Joseph,

Yes, we offer dealer discounts. Call me at 801-815-5178 to discuss. Or, email us at shockwavetechnologies@gmail.com

Thank you,
Marty

Reply


#### TravisP
March 29, 2015 at 10:11 am

I am looking to get one of these blades for my Scorpion evo 3, they fit all standard AR pistol buffer tubes correct? Also before I order one is there any chances of an olive drab variant?

Reply


**marty**
March 30, 2015 at 10:51 am

Hi Travis,

I have one on my personal Scorpion Evo 3 S1. Works great. Get the adapter and buffer tube from CZ-USA and the Blade will fit perfectly.

Thank you for wrting,
Marty

Reply

### Leave a Reply

Your email address will not be published. Required fields are marked *

**Name** *

**Email** *

**Website**

**Comment**

---

> Free Tech Info
> > The 14″ Mossberg 500 That ISN'T NFA!
> > Finding a 14″ Mossberg 500 Front End

### Blog Archives

> March 2015
> February 2015
> January 2015
> December 2014
> November 2014
> October 2014
> September 2014
> August 2014
> July 2014
> June 2014
> September 2013
> August 2013
> March 2013
> December 2012
> November 2012
> August 2012
> May 2012
> March 2012
> February 2012
> January 2012
> December 2011

Post Comment

Theme by ThemeZee