# PROOF OF SERVICE

| United States District Court | State of Florida |
|---|---|

NST Global, LLC d/b/a SB Tacital

    Plaintiff

vs.

Ewer Enterprises, LLC, d/b/a Shockwave Technologies; Kak Industry LLC; Sabal Arms, Inc.; and Martin Ewer

    Defendant

Attorney:

Maxey Law Offices, PLLC
100 Second Avenue South, Suite 401 North
St. Petersburg, FL. 33701

**Case Number:** 8:15W935T27MAP

Legal documents received by ICU Investigations, LLC on April 21st, 2015 at 2:07 PM to be served upon **Martin Ewer** at ▮▮▮▮▮▮, Salt Lake City, UT. 84109

I, Robert Hampton, swear and affirm that on **April 21st, 2015 at 2:55 PM**, I did the following:

**Individually** Served **Martin Ewer** the person listed as the intended recipient of the legal document with a conformed copy of this **Summons in a Civil Action; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Complaint for Patent Infringement, Federal Unfair Competition, State Unfair Competition and Demand for Jury Trial, Injunctive Relief Sought; and Exhibits A through E**. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: ▮  Age: ▮  Height: ▮  Weight: ▮  Skin Color: ▮  Hair Color: ▮  Glasses: ▮

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county. I have not included any non-public information from this document. I declare under penalty of Utah Code Section 78B-5-705 that everything stated in this document is true and correct.

*/s/ Robert Hampton*
Robert Hampton
Process Server, # A103985

ICU Investigations, LLC
473 S River Rd #1-275
St. George, UT 84790

(435) 986-1200

Internal Job ID: 2015001312

Reference Number: 24420