UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NST GLOBAL, LLC, d/b/a SB TACTICAL,

    Plaintiff,

vs.

EWER ENTERPRISES LLC, d/b/a SHOCKWAVE TECHNOLOGIES; KAK INDUSTRY, LLC; MARTIN EWER, an individual; and WAYNE EMOND, an individual,

    Defendants.

Case No. 8:15-cv-00935-JDW-MAP
Honorable James D. Whittemore
Magistrate Judge Mark A. Pizzo

**DEFENDANT KAK INDUSTRY, LLC'S
PROPOSED TERMS AND PHRASES FOR CLAIM CONSTRUCTION**

Defendant KAK Industry, LLC ("KAK Industry"), by and through its undersigned counsel, and pursuant to Middle District of Florida Local Rule 3.01, hereby adopts the following portions of Defendants Ewer Enterprises, Shockwave Technologies, and Martin Ewer's Proposed Terms and Phrases for Claim Construction (Dkt. 97): Terms and Phrases for Claim Construction (pp. 6-9); Defendants' Proposed Terms and Phrase Claim Construction (pp. 9-14); Design Patent Claims Construction (pp. 14-17).

Dated: March 31, 2017

*/s/Alejandro J. Fernandez*
Alejandro J. Fernandez, Esq.
FL. Bar No.: 32221
E-mail: AFernandez@BrinksGilson.com
Joseph R. Sozzani, Esq.
FL. Bar No. 120297
E-Mail: JSozzani@BrinksGilson.com

1

        **BRINKS GILSON & LIONE, P.C.**
        Suntrust Financial Centre - Suite 3500
        401 E. Jackson Street
        Tampa, FL 33602
        Tel. 312.840.3237

*Attorneys for Defendant and Counterclaim-Plaintiff*
KAK INDUSTRY, LLC

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 31st day of March, 2017, I electronically filed the foregoing document with the Clerk of the Court CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Dated: March 31, 2017          By:    */s/ Alejandro J. Fernandez*
                                                           Alejandro J. Fernandez

## SERVICE LIST

Justin P. Miller, Esq.
justin@larsonpatentlaw.com
Nathan P. Suedmeyer, Esq.
Nathan@larsonpatentlaw.com
H. William Larson, Esq.
bill@larsonpatentlaw.com
Patrick A. Reid, Esq.
Patrick@larsonpatentlaw.com
Larson & Larson, P.A.
11199-69th St. N
Largo, FL 33773-5504

*Counsel for Co-Defendants and Counterclaimants*
EWER ENTERPRISES LLC and MARTIN EWER

Brittany J. Maxey, Esq.

b.maxey@maxeyiplaw.com
William R. Brees, Esq.
w.brees@maxeyiplaw.com
Kyle S. Chapin, Esq.
k.chapin@maxeyiplaw.com
Maxey Law Offices, PLLC
100 Second Ave S., Ste 401 N
St. Petersburg, FL 33701

Jason Ellison, Esq.
jellison@elattorneys.com
Brittney Baker, Esq.
bbaker@elattorneys.com
Ellison Lazenby
200 Central Ave., 20th Floor
St. Petersburg, FL 33701

*Counsel for Plaintiff*
NST GLOBAL, LLC d/b/a SB Tactical