**Exhibit A**

Claire Foley's Report (July 27, 2016)

Challenge to Highly Confidential designation of Foley's report pending under paragraph 2(f) of Protective Order (Dkt. 23).