**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**NST GLOBAL, LLC,**

    **Plaintiff,**

**v.**                                                      **Case No.: 8:15-cv-00935-JDW-MAP**

**EWER ENTERPRISES, LLC,
et al.,**

    **Defendants.**
_____/

**MEDIATION REPORT**

    In accordance with the Court's mediation order, a mediation conference was held on October 6, 2017.  Plaintiff's corporate representative and trial counsel, Ewer Enterprise's corporate representative Mr. Ewer and trial counsel, and KAK's representative and trial counsel attended and participated.

    <u>The case has been completely settled.</u>

    Done October 10, 2017 in Tampa, Florida.

                                      Respectfully submitted,

                                      <u>/s/ Peter J. Grilli</u>
                                      Peter J. Grilli, Esq.
                                      Florida Bar No. 237851
                                      Mediator
                                      3001 West Azeele Street
                                      Tampa, Florida 33609
                                      813.874.1002   Fax: 813.874.1131
                                      email: peter@grillimediation.com

    I HEREBY CERTIFY that October 10, 2017 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.